**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-016 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| RONALD DEAN OAKGROVE, SR., | |
| Defendant. | |

_____

Clifford Wardlaw, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrea George, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the defendant's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to seal document [Docket No. 32] is **GRANTED**.

DATED: June 18, 2009
at Minneapolis, Minnesota
                                                                        s/John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                                             United States District Judge