# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-016 JRT/RLE |
| Plaintiff, | |
| v. | **ORDER** |
| RONALD DEAN OAKGROVE, SR., | |
| Defendant. | |

Clifford Wardlaw, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrea George, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the request made by defense counsel at the June 22, 2009 hearing, for access to materials in the government's possession. The Court received a file for in camera review.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defense counsel's request for access to these materials is **GRANTED**. However, those materials shall not be shared with the defendant without consultation with the government.

Dated: June 24, 2009
at Minneapolis, Minnesota        s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                      United States District Judge